```
 1
 2
 3
 4
 5
 6                      UNITED STATES DISTRICT COURT
 7                     EASTERN DISTRICT OF WASHINGTON
 8  THE PAUL REVERE LIFE INSURANCE  )
    COMPANY,                        )   NO.   CV-04-0456
 9          Plaintiff,              )
                                    )
10                                  )
11  v. MARCUS DEWOOD,               )   ORDER GRANTING PAUL
                                    )   REVERE'S MOTION TO STRIKE;
12          Defendant               )   DENYING DEWOOD'S MOTION FOR
                                    )   PARTIAL SUMMARY JUDGMENT
13  and,                            )   RE: INTEREST
    _____  )
14  MARCUS A. DEWOOD, M.D., A       )
    SINGLE MAN,                     )
15          Plaintiff,              )   [CONSOLIDATED CASE]
                                    )
16  v.                              )
                                    )
17                                  )
    UNUM PROVIDENT CORPORATION,     )
18  D/b/a THE PAUL REVERE           )
    INSURANCE COMPANY,              )
19       Third Party Defendant.     )
                                    )
```

BEFORE THE COURT is Paul Revere's Motion to Strike Declaration of Linda Nee (Ct. Rec. 27) and Marcus DeWood's Motion for Partial Summary Judgment Re: Interest (Ct. Rec. 17). On May 26, 2004, the Court held a hearing, heard argument, and delivered an oral ruling on the pending motions. This Order is entered to memorialize and supplement the Court's oral ruling. For the reasons stated on the record on May 26, 2005, **IT IS HEREBY ORDERED:**

1. Paul Revere's Motion to Strike the Declaration of Linda Nee (Ct. Rec. 27) is **GRANTED**.

ORDER - 1

2. Marcus DeWood's Motion for Partial Summary Judgment Re: Interest (Ct. Rec. 17) is **DENIED**.

The District Court Executive is directed to enter this order and provide copies to counsel.

DATED this ___1st___ day of June, 2005.

*s/ Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1