UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| THE PAUL REVERE LIFE INSURANCE COMPANY, | ) ) ) | NO.   CV-04-0456-LRS |
| Plaintiff, | ) ) | |
| v. MARCUS DEWOOD, | ) ) | ORDER GRANTING MOTION FOR PROTECTIVE ORDER |
| Defendant | ) ) | |
| and, | ) ) | [CONSOLIDATED CASE] |
| MARCUS A. DEWOOD, M.D., A SINGLE MAN, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| UNUM PROVIDENT CORPORATION, D/B/A THE PAUL REVERE INSURANCE COMPANY, | ) ) ) | |
| Third Party Defendant. | ) ) | |

BEFORE THE COURT is DeWood's Motion for Protective Order (Ct. Rec. 43).  Pursuant to the stipulated protective order prepared by the both parties, the Court hereby **GRANTS** said motion.  The stipulated protective order presented to the Court on August 8, 2005, will be entered separately.  **IT IS HEREBY ORDERED.**

///

///

///

///

ORDER - 1

1 | The District Court Executive is directed to enter this order and
2 | provide copies to counsel.
3 |     DATED this 15th day of August, 2005.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2