Robert A. Dunn, WSBA No. 12089
DUNN & BLACK, P.S.
10 North Post, Ste. 200
Spokane, WA 99201
Telephone: (509) 455-8711
Facsimile: (509) 455-8734

Attorneys for Plaintiff/Defendant/
Third-Party Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCUS A. DeWOOD, M.D. a single man,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNUM/PROVIDENT CORPORATION, a foreign corporation d/b/a THE PAUL REVERE LIFE INSURANCE COMPANY,<br><br>　　　　Defendant.<br>_____<br>THE PAUL REVERE LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs. | Case No.:　CV-04-0456-LRS<br>　　　　　　CONSOLIDATED<br><br><br>**STIPULATED PROTECTIVE ORDER** |

STIPULATED PROTECTIVE ORDER - 1

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

|  |  |
|---|---|
| MARCUS DEWOOD, | ) |
| Defendant/Third-Party Plaintiff, | ) |
| vs. | ) |
| UNUM PROVIDENT CORPORATION, a foreign corporation d/b/a THE PAUL REVERE INSURANCE COMPANY, | ) |
| Third-Party Defendants. | ) |

The parties to this action, through their respective counsel, hereby stipulate to entry of this mutual protective order for purposes of limiting use and disclosure of certain "CONFIDENTIAL" information.

1. Confidential Information.

The parties to this litigation may designate and mark as "CONFIDENTIAL" any discovery, including without limitation documents, writings, and records that qualify for a protective order as contemplated by FRCP 26(c). Such designation and marking shall subject the information produced or provided under said designation to the provisions of this Confidentiality Agreement. All or any portion of any documents, transcripts, writings or recordings of any sort which substantially quote or paraphrase information

STIPULATED PROTECTIVE ORDER - 2

Dunn & Black
A Professional Service Corp.
Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

08/04/2005 THU 16:00   [JOB NO. 8444]   ☑003

regarding the Confidential document, testimony, information or material shall also be deemed Confidential and subject to the terms and condition of this Protective Order. The parties shall act in good faith and on a reasonable basis when designating and marking material "CONFIDENTIAL."

2. <u>Filing, Under Seal.</u>

Whenever any writing, testimony, information or material designated as "CONFIDENTIAL" is used or submitted to the Court in conjunction with any filing or proceeding in this litigation, it shall be so marked and shall be filed separately under seal with the Court. Where possible, only Confidential portions of filings with the Court shall be filed under seal.

3. <u>Access to Confidential Information.</u>

Except upon prior written consent of the party asserting "CONFIDENTIAL" treatment or upon further order of a court of competent jurisdiction, documents, testimony, information or material designated as "CONFIDENTIAL" shall be held in strict confidence and shall be used solely for the purposes of prosecution or defense of this litigation. Access to "CONFIDENTIAL" documents, testimony, information or material shall be limited to:

STIPULATED PROTECTIVE ORDER - 3

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

08/04/2005 THU 16:00   [JOB NO. 8444]   ☒004

(a) the Court, including any Court personnel assisting the Court, stenographers or other persons involved in taking or transcribing court or deposition testimony in this action, and members of the jury;

(b) Plaintiff, Defendants and their counsel of record and paralegal, clerical and secretarial employees of counsel of record;

(c) the officers, directors or employees of a party participating in the prosecution, defense, settlement or other disposition of this action;

(d) mediators, consultants, experts or litigation support services, including outside copying services, retained by a party for the purpose of assisting that party in this action provided such persons agree in writing to abide and be bound by the terms of this Order in the form attached hereto as **Exhibit A**;

(e) potential witnesses provided such persons agree in writing to abide and be bound by the terms of this Order in the form attached hereto as **Exhibit A**;

(f) any person who is an author, addressee, or recipient of, or who previously had access to, the Confidential Information;

(g) deposition witnesses who agree in writing to abide by and be bound by the terms of this Order in the form attached hereto as **Exhibit A**;

STIPULATED PROTECTIVE ORDER - 4

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

(h) any other person as to whom the party that designated the document or information as Confidential has consented to disclosure in advance; and

(i) any other person designated by the Court.

4. Copy and Storage of Confidential Information and Material.

No party shall, for itself or for any person or persons acting on its behalf, make more copies of any "CONFIDENTIAL" information or material than are reasonably necessary to conduct this litigation. Except as otherwise provided for in this Confidentiality Agreement, all "CONFIDENTIAL" information and material shall remain in possession of counsel for the respective parties or the parties themselves, and be stored in a secure place.

5. Challenges to Confidential Designations.

If any party to this litigation objects to the designation of any document, testimony, information or material as "CONFIDENTIAL," the party may, by notice to the producing party, object to the designation. Any party who objects to the designation of any documents or information as "CONFIDENTIAL" must meet and confer with the party who so designated the documents or information in an effort to resolve any differences. In the event the parties are unable to resolve their differences regarding designation after a reasonable opportunity to

STIPULATED PROTECTIVE ORDER - 5

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

meet and confer, the objecting party has the burden to file a motion requesting the Court for a ruling on the confidentiality status of the document, testimony, information or material at issue. However, the burden shall remain with the producing party seeking confidentiality to justify such designation. Unless and until the Court enters an order to the contrary, the documents, testimony, information or material at issue shall retain the "CONFIDENTIAL" treatment initially assigned to it by the producing party.

6. <u>Procedures Upon Termination of Action.</u>

Within thirty (30) business days following any final settlement or the running of any applicable time to appeal the final order entered in this litigation, all parties shall either (i) return to the person who produced such materials all copies of all Confidential information obtained through discovery in this action or (ii) certify to that person that all such materials have been destroyed, except that counsel for each party may retain in its files one copy of each pleading, brief or document filed with the Court, and deposition and trial transcripts and exhibits thereto, and correspondence, subject to the provisions of this Order. Copies of "CONFIDENTIAL" documents that have been filed with the Court, may petition the Court for return of such to the filing party.

STIPULATED PROTECTIVE ORDER - 6

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

7. Efforts by Non-Parties to Obtain Confidential Information.

If any Party has obtained Confidential Information under the terms of this Order and receives a subpoena or other compulsory process commanding the production of such Confidential Information, such Party shall promptly notify the producing party or non-party. The subpoenaed party shall not produce any Confidential Information in response to the subpoena without the prior written consent of the producing party or non-party unless in response to an order of a court of competent jurisdiction. The parties will not object to the producing party or non-party having a reasonable opportunity to appear in the litigation or process commanding disclosure of such Confidential Information for the sole purpose of seeking to prevent or restrict disclosure thereof.

8. Continuing Jurisdiction.

All provisions of this Protective Order shall continue to be binding after the conclusion of this action unless subsequently modified by agreement between the parties or order of the court and the court shall retain jurisdiction of this matter for

//

//

//

STIPULATED PROTECTIVE ORDER - 7

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

the purpose of enforcing this Protective Order.

SO ORDERED:

DATED this  15th  day of    August   , 2005.

BY COURT:

s/Lonny R. Suko
_____
JUDGE LONNIE R. SUKO

STIPULATED TO AND PRESENTED BY:

DUNN & BLACK, P.S.

By: _____
ROBERT A. DUNN
WSBA # 12089
Attorney for Marcus DeWood, M.D.

STIPULATED TO TERMS AND FORM; NOTICE OF PRESENTMENT WAIVED:

LANE POWEL, PC

By: _____
CHARLES C. HUBER
WSBA # 18941
Attorney for UNUM/Provident

STIPULATED PROTECTIVE ORDER - 8

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

# EXHIBIT A

## CONSENT TO PROTECTIVE ORDER

1. I, _____, have read the foregoing Stipulated Protective Order dated June ____, 2005 (the "Protective Order"), and agree to be bound by its terms with respect to any documents, material or information designated or marked "Confidential" that are furnished to me as set forth in the Protective Order.

2. I further agree (i) not to disclose to anyone any documents, material or information marked "Confidential" other than as set forth in the Protective order; and (ii) not to make any copies of any documents, materials or information marked "Confidential" furnished to me except for use in accordance with the Protective Order; and (iii) not to use any documents or information produced or provided to me in connection with this litigation for any purposes other than those prosecuting and/or defending this action as set forth in paragraph 8 of the Protective Order.

STIPULATED PROTECTIVE ORDER - 9

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

3. I hereby consent to the jurisdiction of the United States District Courts, Eastern District of Washington with regard to any proceedings to enforce the terms of the Protective Order

_____

Signature                          Date

wpdocs\2025\Stip.Prot.Ord.061505

STIPULATED PROTECTIVE ORDER - 10

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734