Robert A. Dunn, WSBA No. 12089
DUNN & BLACK, P.S.
10 North Post, Ste. 200
Spokane, WA 99201
Telephone: (509) 455-8711
Facsimile: (509) 455-8734
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCUS A. DeWOOD, M.D. a single man,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNUM/PROVIDENT CORPORATION, a foreign corporation d/b/a THE PAUL REVERE LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant.<br>―――――――――――――――――<br>THE PAUL REVERE LIFE INSURANCE COMPANY,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>MARCUS DeWOOD,<br><br>　　Defendant/Third-Party Plaintiff, | Case No.:　CV-04-0456-LRS<br>　　　　　CONSOLIDATED<br><br>**PLAINTIFF MARCUS A. DeWOOD'S TRIAL WITNESS LIST** |

TRIAL WITNESS LIST - 1

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

| | |
|---|---|
| vs. | ) |
| | ) |
| UNUM PROVIDENT | ) |
| CORPORATION, a foreign | ) |
| corporation d/b/a THE PAUL | ) |
| REVERE INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Defendants. | |

Plaintiff, Marcus A. DeWood, M.D., by and through his attorneys of record, Robert A. Dunn and Patrick J. Kirby of Dunn & Black, P.S., discloses the following witnesses who may be called to testify at trial in this matter.

1. Dr. Patricia Camplair

2. Dr. Daniel R. Coulston

3. Dr. Marcus A. DeWood

4. Mary E. Fuller

5. Kenneth Isserlis

6. Peter E. Moye

7. LuAnn Padgham

8. Robert Rowley

9. George M. Thompson, Jr.

10. Kevin J. Williams, CPA

TRIAL WITNESS LIST - 2

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

Plaintiff Marcus A. DeWood, M.D., reserves the right to call any witness listed by Defendants to testify at trial.

DATED this 26th day of May, 2006.

        s/ Robert A. Dunn
        ROBERT A. DUNN, WSBA #12089
        Attorney for the Plaintiff, Defendant/Third-Party
        Plaintiff Marcus A. DeWood, M.D.
        Dunn & Black, P.S.
        10 N. Post, Suite 200
        Spokane, WA 99201
        Telephone: (509) 455 8711
        Fax: (509) 455 8734
        Email: bdunn@dunnandblack.com

TRIAL WITNESS LIST - 3

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of May, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/EFC system.  The CM/ECF system will send notification of such filings to the following:

- **Charles C Huber**
  huberc@lanepowell.com crippenj@lanepowell.com

                                      s/ ROBERT A. DUNN
                                      Robert A. Dunn, WSBA #12089
                                      Ryan D. Yahne, WSBA# 35063
                                      Dunn & Black, PS
                                      10 North Post, Ste. 200
                                      Spokane, WA 99201
                                      Telephone:  (509) 455-8711
                                      Fax:   (509) 455-8734
                                      bdunn@dunnandblack.com

J:\wpdocs\DeWood\UNUM-Provident.2025\Witness.Lst.052606.doc

TRIAL WITNESS LIST - 4

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734